**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00778-CR**
_____

**ANTONIO ANTHONY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F21-60313**

**ORDER**

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Robert T. Baskett to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Robert T. Baskett to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **MARCH 28, 2023**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1, Dallas County,; Sharyl Zeno, Official Court Reporter, Criminal District Court No. 1; Susan Tabaee, Court Reporter; Felicia Pitre, Dallas County District Clerk; Robert T. Baskett; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Antonio Anthony, TDC No. 02407579, Gib Lewis Facility, 777 FM 3497, Woodville, Texas, 75990.

/s/ NANCY KENNEDY
   JUSTICE